Todd Blanche
Attorney General of the United States
Michael J. Ellis
Alison L. Gregoire
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210 1494
Telephone: (509) 353 2767

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
SEP 09 2026
SEAN F. MCAVOY, CLERK
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AARON FORREST FARINACCI,<br>Defendant. | **2:26-CR-0115-RLP**<br>INDICTMENT<br>Vio: 18 U.S.C. § 844(i)<br>Arson |

The Grand Jury charges:

On or about August 1, 2026, in the Eastern District of Washington, the Defendant, AARON FORREST FARINACCI, maliciously damaged and destroyed, and attempted to damage and destroy, by means of fire, real and personal property used in interstate commerce, and real and personal property used in activity affecting interstate commerce, thereby resulting in personal injury to

firefighters performing duties as the direct and proximate result of Defendant's conduct, in violation of 18 U.S.C. § 844(i).

DATED this 9th day of September 2026.

A TRUE BILL

[redacted]

Todd Blanche
Attorney General

Michael J. Ellis
Assistant United States Attorney

Alison L. Gregoire
Assistant United States Attorney