FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Sep 09, 2026
SEAN F. MCAVOY, CLERK

# CHARGES AND PENALTIES

**CASE NAME:** AARON FORREST FARINACCI **CASE NO.** 2:26-CR-0115-RLP

TOTAL # OF COUNTS: 1 ☑ FELONY ☐ MISDEMEANOR ☐ PETTY OFFENSE

| Count | Statute | Description of Offense | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 844(i) | Arson (with injury resulting) | Not less than 7 years and not more than 40 years imprisonment;<br>and/or a $250,000 fine;<br>3 years supervised release;<br>a $100 special penalty assessment |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |